UNITED STATES of America,
Plaintiff–Appellee,

v.

Luis Demetrio DRABOS, Defendant–Appellant.

No. 05–10408.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Aug. 13, 2007 *.

Filed Aug. 20, 2007.

Frederick A. Battista, AUSA, USPX— Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Neal C. Taylor, Esq., Burns, Nickerson & Taylor, PLC, Phoenix, AZ, for Defendant–Appellant.

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Luis Demetrio Drabos appeals from the district court's judgment and 41–month sentence imposed following his jury-trial conviction for conspiracy and aiding and abetting firearms offenses in violation of 18 U.S.C. §§ 371 and 2.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Drabos' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Drabos did not file a pro se supplemental brief, and the Government did not file an answering brief.

Our independent review of the briefs and the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.